Form 3A
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Walter A Noah
      Nancy E Noah _____

                                             Debtor(s)

Case No. _____

Chapter    13 _____

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1.   In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ _274.00_ in installments.

2.   I am unable to pay the filing fee except in installments.

3.   Until the filing fee is paid in full, I will not make any additional payments or transfer any additional property to an attorney or any other person for services in connection with this case.

4.   I propose the following terms for the payment of the Filing Fee.*

     $ _____68.50_____ Check one   ■   With the filing of the petition, or
                                             ☐   On or before   _____

     $ _____68.50_____ on or before   _____

     $ _____68.50_____ on or before   _____

     $ _____68.50_____ on or before   _____

\*   The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5.   I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

Date   October 31, 2006 _____

/s/ WILLIAM L. BALSLEY _____
Attorney for Debtor(s)
WILLIAM L. BALSLEY
Balsley & Dahlberg, LLP
5130 North Second Street
Loves Park, IL 61111
(815) 877-2593
Fax: (815) 877-7965
www.balsleylawoffice.com

Signature   /s/ Walter A Noah _____
              Walter A Noah
              Debtor

Signature   /s/ Nancy E Noah _____
              Nancy E Noah
              Joint Debtor