# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:   WALTER A. NOAH & NANCY E. NOAH                         Case Number: 06-72017
         14136 DE LA TOUR DRIVE          SSN-xxx-xx-5456 & xxx-xx-3347
         SOUTH BELOIT, IL  61080

                                                         Case filed on:    10/31/2006
                                                         Plan Confirmed on:  1/5/2007
                              D Dismissed

Total funds received and disbursed pursuant to the plan: $2,175.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 2,700.00 | 2,700.00 | 748.40 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 748.40 | 0.00 |
| 024 | WALTER A. NOAH | 0.00 | 0.00 | 0.00 | 0.00 |
| 998 | WALTER A. NOAH | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMERICAN GENERAL FINANCIAL SERVICES | 2,663.70 | 2,663.70 | 155.56 | 50.64 |
| 002 | DAIMLER CHRYSLER SERVICES | 13,842.90 | 526.96 | 526.96 | 297.83 |
| 003 | POPULAR MORTGAGE SERVICING INC | 2,739.70 | 0.00 | 0.00 | 0.00 |
| 004 | WINNEBAGO COUNTY CLERK | 3,070.00 | 3,070.00 | 144.91 | 122.25 |
|  | Total Secured | 22,316.30 | 6,260.66 | 827.43 | 470.72 |
| 002 | DAIMLER CHRYSLER SERVICES | 408.36 | 0.00 | 0.00 | 0.00 |
| 005 | ALLIANT ENERGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | BERWYN POLICE DEPARTMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | LVNV FUNDING LLC | 10,112.83 | 10,112.83 | 0.00 | 0.00 |
| 008 | CAPITAL ONE | 501.20 | 501.20 | 0.00 | 0.00 |
| 009 | CBA | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CHARTER COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CITY OF BELOIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CITY OF CHICAGO DEPARTMENT OF REVENUE | 2,015.00 | 2,015.00 | 0.00 | 0.00 |
| 013 | DISCOVER FINANCIAL SERVICES | 2,587.88 | 2,587.88 | 0.00 | 0.00 |
| 014 | EXPRESS FASHION | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | IL DEPT OF EMPLOYMENT SECURITY | 3,571.00 | 3,571.00 | 0.00 | 0.00 |
| 016 | ILLINOIS AMERICAN WATER | 194.29 | 194.29 | 0.00 | 0.00 |
| 017 | NCO FINANCIAL AH | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | PEOPLES ENERGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | SOUTHERN WISCONSIN EMERGENCY ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | UCB INC | 276.00 | 276.00 | 0.00 | 0.00 |
| 021 | WORLD FINANCIAL NETWORK NATIONAL BANK | 2,423.98 | 2,423.98 | 0.00 | 0.00 |
| 022 | WORLD FINANCIAL NETWORK NATIONAL BANK | 688.73 | 688.73 | 0.00 | 0.00 |
| 023 | WISCONSIN POWER & LIGHT | 565.53 | 565.53 | 0.00 | 0.00 |
|  | Total Unsecured | 23,344.80 | 22,936.44 | 0.00 | 0.00 |
|  | Grand Total: | 48,361.10 | 31,897.10 | 1,575.83 | 470.72 |

Total Paid Claimant:     $2,046.55
Trustee Allowance:       $128.45         Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:     0.00         discharging the trustee and the trustee's surety from any and all
                                         liablility on account of the within proceedings, and closing the estate,
                                         and for such other relief as is just.  Pursuant to FRBP, I hereby
                                         certify that the subject case has been fully administered.

         Report Dated:

                                                  /s/ Lydia S. Meyer
                                                 Lydia S. Meyer, Trustee


         This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


         Dated at Rockford, IL  on  09/27/2007          By  /s/Heather M. Fagan